■ In the Matter of Deon S.-G. Administration for Children's Services, Respondent; Romel S.-G., Appellant, et al.,

Respondent. [944 NYS2d 899]—In a child neglect proceeding pursuant to Family Court Act article 10, the father appeals from (1) a fact-finding order of the Family Court, Queens County (McGowan, J.), dated March 10, 2011, which, after a fact-finding hearing, determined that the father had neglected the subject child, and (2) an order of disposition of the same court dated March 23, 2011, which, upon the fact-finding order, inter alia, directed the father to attend anger management and parenting classes and to complete a batterer's program.

Ordered that the appeal from the fact-finding order is dismissed, without costs or disbursements, as that order was superseded by the order of disposition; and it is further,

Ordered that the order of disposition is affirmed, without costs or disbursements.

In a child protective proceeding, the petitioner has the burden of proving neglect by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]; *Matter of Philip M.*, 82 NY2d 238 [1993]; *Matter of Tammie Z.*, 66 NY2d 1 [1985]; *Matter of Besthani M.*, 13 AD3d 452 [2004]). Here, contrary to the father's contention, the Family Court's finding of neglect, based upon his use of excessive corporal punishment, is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; § 1046 [b] [i]; *Matter of Chanyae S. [Rena W.]*, 82 AD3d 1247 [2011]; *Matter of Isaiah S.*, 63 AD3d 948 [2009]; *Matter of Joshua B.*, 28 AD3d 759 [2006]; *Matter of Joseph O.*, 28 AD3d 562 [2006]).

The father's remaining contentions are without merit. Skelos, J.P., Dickerson, Eng and Austin, JJ., concur.